UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E ROLLINS,<br>　　　　Plaintiff,<br>　　v.<br>INVENSENSE, INC., et al.,<br>　　　　Defendants. | Case No. 17-cv-01574-RS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this lawsuit on March 23, 2017, but there has been no activity in the case since then. Plaintiff never filed a proof of service of summons, Defendants have not yet appeared, and the parties failed to file a Case Management Conference Statement on June 15, 2017, as required by the Initial Case Management Scheduling Order. Plaintiff is hereby ordered to file a proof of service of summons or show cause as to why he has not done so by June 23, 2017. Should he fail to respond to this order by such date, this action will be dismissed without further notice for failure to prosecute. The case management conference set for June 22, 2017 is hereby continued to September 21, 2017.

**IT IS SO ORDERED**.

Dated: June 19, 2017

_____
RICHARD SEEBORG
United States District Judge