1  JOHNSON & WEAVER, LLP
   FRANK J. JOHNSON (SBN 174882)
2  frankj@johnsonandweaver.com
   600 West Broadway, Suite 1540
3  San Diego, CA 92101
   Telephone: (619) 230-0063
4  Facsimile: (619) 255-1856

5  JOHNSON & WEAVER, LLP
   W. SCOTT HOLLEMAN (SBN 310266)
6  sholleman@johnsonandweaver.com
   99 Madison Avenue, 5th Floor
7  New York, NY 10016
   Telephone: (212) 802-1486
8  Facsimile: (212) 602-1592

9  *Attorneys for Plaintiff*

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 12 | GEORGE E. ROLLINS, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 3:17-cv-01574-RS |
| 13 | ) | <u>CLASS ACTION</u> |
|  | Plaintiff,   ) |  |
| 14 | ) | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
|  | v.   ) |  |
| 15 | ) |  |
|  | INVENSENSE, INC., BEHROOZ ABDI, ) |  |
| 16 | AMIR FAINTUCH, USAMA FAYYAD, ) |  |
|  | EMIKO HIGASHI, JON OLSON, AMIT ) |  |
| 17 | SHAH, ERIC STANG, BEN YU, TDK ) |  |
|  | CORPORATION, and TDK SENSOR ) |  |
| 18 | SOLUTIONS CORPORATION, ) |  |
|  | ) |  |
| 19 | Defendants.   ) ) |  |

1   NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff George E. Rollins voluntarily dismisses without prejudice the above-entitled action against Defendants Invensense, Inc., Behrooz Abdi, Amir Faintuch, Usama Fayyad, Emiko Higashi, Jon Olson, Amit Shah, Eric Stang, Ben Yu, TDK Corporation, and TDK Sensor Solutions Corporation.  This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED: June 28, 2017         JOHNSON & WEAVER, LLP

 *s/ W. Scott Holleman*
W. SCOTT HOLLEMAN

99 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: (212) 802-1486
Facsimile: (212) 602-1592

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Attorneys for Plaintiff*